# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

CELESTIAL, INC.,

    Plaintiff,

v.                                 CASE NO. 4:12cv605-RH/CAS

DOES 1—338

    Defendants.

_____/

## ORDER CLOSING THE FILE

The plaintiff has filed a notice of voluntary dismissal without prejudice. ECF No. 7. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk must close the file.

SO ORDERED on March 21, 2013.

                                             s/Robert L. Hinkle
                                             United States District Judge